IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAWN BUTLER, | No. 04-2268 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE REQUEST TO ORDER TRANSCRIPTS** |
| v. | |
| NORDSTROM, INC., | |
| Defendant / | |

    Before the Court is plaintiff's Motion to Remove the Request to Order Transcripts, filed April 2, 2009, by which plaintiff states she no longer requests the preparation of transcripts.

    Good cause appearing, the motion is hereby GRANTED.

    **IT IS SO ORDERED.**

Dated: April 28, 2009

MAXINE M. CHESNEY
United States District Judge